Appeal No. 9271211 from Judgment dated May 14, 1993, L. Breland Hilburn, Jr., Rul *789 ing Judge, Hinds County Circuit Court, First Judicial District.
Joseph E. Roberts, Jr., Pittman Germany Roberts & Welsh, Jackson, for Appellants.
J. Collins Wohner, Jr., Thomas E. Williams, Butler Snow O’Mara Stevens & Cannada, Jackson, for Appellees.
Before THOMAS, P.J., and COLEMAN and DIAZ, JJ.
Affirmed.
FRAISER, C.J., and BARBER, KING, MeMILLIN, PAYNE and SOUTHWICK, JJ., concur.
BRIDGES, P.J., not participating.